# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A59 | E 1161159 | Provost | 867 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 10/31/2023  1145 | 43 CFR 8341.1(d) |

Place of Offense

Virgin River Canyon Rec. Campground

Offense Description: Factual Basis for Charge          HAZMAT ☐

Expired Registration
(Expired in 2014)

### DEFENDANT INFORMATION    Phone

| Last Name | First Name | M.I. |
|---|---|---|
| BAUER | JAMES | H |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| MILWAUKEE | WI | 53220 | 1957 |

| Drivers License No | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
|  |  | WI | -0580 |

| ☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair BRO | Eyes BRO | Height 5'11 | Weight 175 |
|---|---|---|---|---|---|

### VEHICLE   VIN:

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
|  | WI | 05 | Pontiac Vibe | | wh, tc |

23-04292-MJ-01-PCT-CDB

### APPEARANCE IS REQUIRED

A ☒ If Box A is checked, you must appear in court. See Instructions

### APPEARANCE IS OPTIONAL

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See Instructions

$ _____ Forfeiture Amount

+ $30 Processing Fee

**PAY THIS AMOUNT AT www.cvb.uscourts.gov →**

$ _____ Total Collateral Due

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
|  | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due

X Defendant Signature

Original - CVB Copy

# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A59 | E 1161160 | Provost | 967 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 10/31/2023  11:45 | 43 CFR 8365.1-4/a/(4) |

Place of Offense

Virgin River Canyon Rec. Campground

Offense Description: Factual Basis for Charge                      HAZMAT ☐

Interfering with BLM Employee in
Performance of their Duties

### DEFENDANT INFORMATION     Phone

| Last Name | First Name | M I |
|---|---|---|
| BAUER | James | H |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Milwaukee | WI | 53220 | 1957 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No |
|---|---|---|---|
| | 3 | WI | -0580 |

| ☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair BRO | Eyes BRO | Height | Weight 175 |
|---|---|---|---|---|---|

### VEHICLE     V

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | WI | 05 | Pontiac Vibe | | White |

CMV ☐

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

|  |  |
|---|---|
| | $ _____ Forfeiture Amount |
| | + $30 Processing Fee |

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →

$ _____   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due

X Defendant Signature

Original - CVB Copy

*E1161160*

# United States District Court
## Violation Notice

(Rev 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No |
|---|---|---|---|
| A54 | E 1161161 | PROVOST | 867 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 10/31/2023  11:45 | 43 CFR 8365.1-4(a)(i) |

Place of Offense

Virgin River Canyon Rec. Campground

Offense Description: Factual Basis for Charge                    HAZMAT ☐

Creating a Hazard or Nuisance

### DEFENDANT INFORMATION | Phone

| Last Name | First Name | M.I. |
|---|---|---|
| BAUER | JAMES | H |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Milwaukee | WI | 53220 | __/__/1957 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| __ | 03 | WI | ___-__-0580 |

| ☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair BRo | Eyes BRo | Height 5'11 | Weight 175 |

### VEHICLE | VIN                                                    RV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | WI | 05 | Pontiac Vibe | | White |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $ _____ Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $ _____ Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X  Defendant Signature

Original - CVB Copy

*E1161161*

## STATEMENT OF PROBABLE CAUSE

I, Brice Provost, a sworn law enforcement officer for the United States Department of Interior, Bureau of Land Management (BLM), state that on the afternoon of October 31, 2023, on federal lands managed by the BLM, in Mohave County, in the Virgin River Canyon Recreation camping area, the following occurred within the District of Arizona: While driving a marked BLM law enforcement vehicle and wearing a BLM law enforcement uniform, I was following up on a report of a long term camper reported in the lower day use area. This is a fee use area with 14-day camp limit. I observed a male matching the description of the long-term camper, later identified as James H. Bauer. Bauer was standing near a white Pontiac Vibe, with an obscured license plate. I contacted Bauer to conduct a fee compliance check. I checked his payment receipt and saw it was dated 10/30/2023 to 11/01/2023. Bauer's vehicle plate was obscured by several bikes, so I asked if the plate on his receipt was accurate, and he said yes. I took a photo of his partial plate, and he asked why I needed his plate. I informed him I needed to make sure the vehicle was lawful to operate on public roads. I left the campsite and drove to the next campsite before running his plate. I ran his plate that returned expired in 2014. By this time, I saw Bauer get in his vehicle and leave the area with above average speed. Dispatch ran the registered owner of the vehicle, James H. Bauer, and Bauer had an extraditable warrant for Domestic Violence assault from Wisconsin. I caught up to Bauer when he pulled off the road at the exit of the campground. I saw him going through several bags, arrange a phone charger, and put sunglasses on. He then looked over at me, and at this point, I initiated my emergency lights. Bauer exited his vehicle and asked what was going on. I informed him that his vehicle registration expired in 2014 and that we needed to get it figured out. I called for assistance from Mohave County Sherriff's office as I spoke with Bauer. I instructed Bauer not to open his door or go back to his vehicle and that I needed him to come to the rear of his vehicle. Bauer walked to his driver door and opened it. I yelled commands at him to get out of his car and shut the door. He continued to pace back and forth before walking around to his passenger side rear door. I again yelled for him to get to the rear of his vehicle. He started to look from side to side and I told him not to make any bad decisions. I told Bauer that I was giving him a lawful order to stand behind his car. Bauer walked to his driver's door and opened it, I yelled to get out of the car and shut the door. He stood with one leg in the car and one leg out. I continued to yell commands at Bauer. Bauer began to lean into the vehicle as to sit in the drivers seat. At that time, I deployed my taser at center waistline. The Taser struck Bauer causing him to freeze momentarily before pulling out a Taser Probe. He then entered his car and entered onto the I-15 interstate.

I followed onto I15. Bauer fled from in his vehicle at approximately 85-95 mph in a 55 mph zone on windy canyon road. Bauer was weaving in and out of traffic in an attempt flee from me. Washington County Utah Sheriff's Department was notified and deployed spike strips in the northbound land of I15 at mm17. Bauer's car was inoperable and he was taken into custody. Bauer was cleared medical by EMS personnel.

Bauer was transported to the Coconino County jail and booked into the facility.

Bauer was issued a citation, #E1161161 for 43 CFR 8365.1-4(a)(1) Creating a Hazard or Nuisance.

Bauer was issued a citation, #E1161159 for 43 CFR 8341.1(d) expired registration.

Bauer was issued a citation, # E1161160 for 43 CFR 8365.1-4(a)(4) Interfering with BLM employee in performance of their duties.

The foregoing statement is based upon (check all that apply):

___X___ My personal observations

___X___ My personal investigation

_____ Information supplied to me from my fellow officer's observations.

_____ Investigation conducted by a fellow officer.

_____ Other (explain above)

**Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to best of my knowledge.**

Executed on: 10/31/2023
Date (mm/dd/yyyy)

Officer's Signature/Badge Number    867

Probable cause has been stated for the issuance of a warrant.

Executed on: _____

Camille D Bibles
Digitally signed by Camille D Bibles
Date: 2023.10.31 22:06:41 -07'00'

2

Date (mm/dd/yyyy)          U.S. Magistrate Judge

3